RECEIVED
2011 FEB 10 P 1:40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. DIST. OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAMSUNG ELECTRONICS CO., LTD., SAMSUNG SEMICONDUCTOR, INC.

Plaintiff,

v.

UNITED MODULE CORP. and KERANOS LLC,

Defendant.

CASE NO. C 11-00430 lhk

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Paul A. Gennari, whose business address and telephone number is Steptoe & Johnson LLP, 1330 Connecticut Avenue, N.W., Washington, DC 20036-1795, Tel. (202) 429-6413

and who is an active member in good standing of the bar of USDC E.D. Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiffs.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: February 17, 2011

Lucy H. Koh
Honorable Lucy H. Koh
United States District Judge