DAVID L. WITCOFF (IL State Bar No. 6183629)
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Telephone: 312-269-4259
Facsimile: 312-782-8585

Attorneys for Plaintiff,
FREESCALE SEMICONDUCTOR, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC., and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-4241-LHK** <br><br> **REQUEST AND [PROPOSED] ORDER TO PERMIT COUNSEL TO APPEAR TELEPHONICALLY AT THE MARCH 3, 2011 CASE MANAGEMENT CONFERENCE AND HEARING ON MOTIONS TO DISMISS** <br><br> Date: March 3, 2011 <br> Time: 1:30 p.m. <br> Courtroom: Courtroom 4, 5th Floor <br> Judge: Hon. Lucy H. Koh |
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., <br><br> Plaintiffs, <br><br> v. " <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-05290-LHK** |

---

STIP & [P<del>ROP</del>] ORDER TO PERMIT COUNSEL　　　　　　　　　　Case No. 10-CV-4241-LHK
TO APPEAR BY TELEPHONE CONFERENCE　　　　　　　　　　　　　　and Related Cases

| | |
|---|---|
| FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 10-CV-05196-LHK** |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **Case No.: 11-CV-00430-PSG** |

| | |
|---|---|
| 1 | A hearing on Defendants' motions to dismiss and case management conference for the above- |
| 2 | referenced cases is scheduled to take place on March 3, 2011.  King & Spalding, the lead trial counsel |
| 3 | for all the plaintiffs in the above-referenced matters, will be attending the case management conference |
| 4 | in person.  Co-counsel for Freescale Semiconductor, Inc., David L. Witcoff of Jones Day, who has |
| 5 | made an appearance in this case and will be located in Chicago at the time of the hearing, makes this |
| 6 | application to attend the hearing and case management conference telephonically.  In compliance with |
| 7 | Local Rule 16-10,  Mr. Witcoff respectfully makes this request to appear telephonically on March 3, |
| 8 | 2011. |

Dated:  February 23, 2011                              Respectfully submitted,


By      /s/ David L. Witcoff
DAVID WITCOFF
dlwitcoff@jonesday.com
JONES DAY
77 West Wacker
Chicago, Illinois 60601
Tel:  312-269-4259
Fax:  312-782-8585

Attorneys for Plaintiff,
FREESCALE SEMICONDUCTOR, INC..

**IT IS SO ORDERED.**

Dated:  __March 2, 2011                              _____
                                                     Honorable Lucy H. Koh
                                                     United States District Judge

SVI-90157v1

1