RECEIVED
FEB 2 8 2011

R... HARD W. WI...ING
CLER... U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICROCHIP TECHNOLOGY INC., SILICON STORAGE TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, UBICOM, INC., FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., ANALOG DEVICES, INC., SAMSUNG ELECTRONICS CO., LTD., & SAMSUNG SEMICONDUCTOR, INC.

Plaintiff,

v.

UNITED MODULE CORP., and KERANOS, LLC

Defendant.

Case No.: 10-CV-4241-LHK
Case No.: 10-CV-05290-LHK
**CASE NO.** Case No.: 10-CV-05196-LHK
Case No.: 11-CV-430-LHK

~~(Proposed)~~
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Truman Fenton , whose business address and telephone number is

King & Spalding, LLP
401 Congress Avenue, Suite 3200
Austin, Texas 78701
Phone: 512.457.2000; Email: tfenton@kslaw.com

and who is an active member in good standing of the bar of U.S. District Courts for the Eastern and Western Districts of Texas having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing MICROCHIP TECHNOLOGY INC., SILICON STORAGE TECHNOLOGY, INC., TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, UBICOM, INC., FREESCALE SEMICONDUCTOR, INC., NATIONAL SEMICONDUCTOR CORP., ANALOG DEVICES, INC., SAMSUNG ELECTRONICS CO., LTD., & SAMSUNG SEMICONDUCTOR, INC.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 3, 2011

*Lucy H. Koh*
Hon. Lucy H. Koh
United States District Judge