**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICROCHIP TECHNOLOGY, INC. and SILICON STORAGE TECHNOLOGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | Related Cases: <br><br> CASE NO.: CV-10-04241-LHK <br><br> CASE NO.: CV-10-05196-LHK <br><br> CASE NO.: CV-10-05290-LHK <br><br> CASE NO.: CV-11-00430-LHK |
| FREESCALE SEMICONDUCOR, INC., NATIONAL SEMICONDUCTOR CORP., and ANALOG DEVICES, INC. <br><br> Plaintiffs, <br><br> v. <br><br> UNITED MODULE CORP., and KERANOS, LLC, <br><br> Defendants. | **AMENDED ORDER STAYING CASE UNTIL JUNE 6, 2011 AND REFERRING PARTIES TO COURT-CONNECTED MEDIATION** |

| | |
|---|---|
| TAIWAN SEMICONDUCTOR MANUFACTURING CO., LTD., TSMC NORTH AMERICA, and UBICOM, INC., | |
| Plaintiffs, | |
| v. | |
| UNITED MODULE CORP., and KERANOS, LLC, | |
| Defendants. | |
| SAMSUNG ELECTRONICS CO., LTD., and SAMSUNG SEMICONDUCTOR, INC., | |
| Plaintiffs, | |
| v. | |
| UNITED MODULE CORP., and KERANOS, LLC, | |
| Defendants. | |

Pursuant to the parties' joint stipulation, the parties are ordered to complete mediation with a Court ADR Program mediator on or before June 3, 2011. On or before June 6, 2011, the parties shall file a stipulation of dismissal, or notify the Court that the cases did not settle. The parties shall contact the Court's ADR Program promptly to schedule the mediation.

These cases are stayed until June 6, 2011.[1]

**IT IS SO ORDERED.**

Dated: March 11, 2011

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

---

[1] In this Amended Order, the Court merely deleted the language directing the Clerk to administratively close the file.